584 A.2d 252

CONSTANCE HOLLOWAY v. STATE OF NEW JERSEY v.
MUSKIN CORPORATION, ET AL.

June 11, 1990.

Leave to appeal granted. (See 239 *N.J.Super.* 554, 571 *A.*2d
1324)

584 A.2d 253

CONSTANCE HOLLOWAY v. STATE OF NEW JERSEY v.
MUSKIN CORPORATION, ET AL. AND PELICAN SWIM
AND SKI CENTER, INC.

June 11, 1990.

Leave to appeal granted. (See 239 *N.J.Super.* 554, 571 *A.*2d
1324)

584 A.2d 253

CONSTANCE HOLLOWAY v. STATE OF NEW JERSEY v. MUS-
KIN CORPORATION, ET AL. AND KDI SYLVAN POOLS, INC.

June 11, 1990.

Leave to appeal granted. (See 239 *N.J.Super.* 554, 571 *A.*2d
1324)

584 A.2d 253

CARL O. & MILDRED JOHNSON v. THOMAS R. MACMILLAN
AND THE PUFFER AGENCY, INC., ETC.

June 26, 1990.

Petition for certification denied.